UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HAYRI ARATEMUR, et al.,

Plaintiffs,

v.

KRISTI NOEM, et al.,

Defendants.

Case No.  25-cv-11032-SK

**ORDER DISMISSING CASE WITHOUT PREJUDICE**

Regarding Docket No. 16

On June 11, 2026, Plaintiffs Hayri Aratemur, Gulbun Aratemur, Melik Hasan Aratemur, and E.A. (collectively, "Plaintiffs") filed a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  (Dkt. No. 16.)  Defendants have not served an answer or a motion for summary judgment.  *See* Fed. R. Civ. 41(a)(1)(A)(i).  Accordingly, the Court DISMISSES this case WITHOUT PREJUDICE.  Each party shall bear its own fees and costs.  All case deadlines and hearings are VACATED.  The Clerk is instructed to close this file.

**IT IS SO ORDERED**.

Dated: June 11, 2026

_____
SALLIE KIM
United States Magistrate Judge